Dismissed and Memorandum Opinion filed January 21, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01173-CV

____________

 

JANE PLUMLEE, Appellant

 

V.

 

UNION PACIFIC RAILROAD COMPANY, Appellee

 



 

On Appeal from the
61st District Court

Harris County,
Texas

Trial Court Cause
No. 2006-05783

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 23, 2008.  On January 7, 2010,
appellee filed an unopposed motion to dismiss the appeal as moot. 

The
underlying suit was brought by Jane Plumlee to establish the right to use a
private railroad crossing across Union Pacific’s tracks.  Plumlee has sold the
property and no longer has an interest in the land benefited by the private
crossing.  Union Pacific requests the appeal be dismissed as moot and Plumlee
agrees.

The
motion is granted.  Accordingly, the appeal is ordered dismissed.

 

PER
CURIAM

 

 

Panel consists of Justices Frost, Boyce, and Sullivan.